# First District Court of Appeal
## State of Florida

_____

No. 1D19-1235

_____

K.D.B., Jr., A Child,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
David Frank, Judge.

September 18, 2019

Per Curiam.

Affirmed.

Ray, C.J., and Makar and Kelsey, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Jasmine Russell, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.